UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT BRYANT, TRINTON HATTON and : 
MARC MEETERS, Individually and on behalf : No. 1:17-cv-07638 (CM) (HBP)
of themselves and all others similarly situated, :
 :
                Plaintiffs, :
 :
v. :
 :
POTBELLY SANDWICH WORKS, LLC, :
 :
                Defendant. :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, FOR AWARD OF ATTORNEYS' FEES AND EXPENSES, FOR APPROVAL OF SERVICE PAYMENTS TO THE REPRESENTATIVE PLAINTIFFS AND FOR PAYMENT OF THE SETTLEMENT ADMINISTRATOR'S COSTS AND EXPENSES**

PLEASE TAKE NOTICE that on January 31, 2020, or as soon as counsel may be heard before the Honorable Colleen McMahon in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiffs Robert Bryant, Trinton Hatton and Marc Meeters shall move, pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA") and Rules 23 and 54(b) of the Federal Rules of Civil Procedure, for an order:

1) Finally approving of the settlement of this action, including approving final certification of the Illinois settlement class, and approving the settlement as fair and reasonable as to the FLSA settlement collective;

2) Approving payment to the settlement administrator, RG/2 Claims, in an amount expected to be up to but not more than $32,871.00 for effectuating the notice and administration of the settlement;

3) Approving an award of attorneys' fees and costs in the amount of $187,125.31 in fees and $18,062.78 in costs and expenses; and

4) Approving service payments to each of the named Plaintiffs and the Illinois named Plaintiff as follows: (a) $5,000 each for Robert Bryant and Trinton Hatton; and (ii) $2,500 for Marc Meeters.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely on the supporting memorandum of law and the Declaration of Fran Rudich in support of this motion, and all proceedings and filings heretofore had in this litigation. A proposed order accompanies this motion.

Dated: Rye Brook, New York
January 24, 2020

Respectfully submitted,

KLAFTER OLSEN & LESSER LLP

By: /s/ Fran L. Rudich
Seth R. Lesser
Fran L. Rudich
Alexis H. Castillo
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
Fax: (914) 934-9220
Email: seth@klafterolsen.com
fran@klafterolsen.com
alexis.castillo@klafterolsen.com

C. Andrew Head (admitted *pro hac vice*)
Bethany A. Hilbert (admitted *pro hac vice*)
HEAD LAW FIRM, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Tel: (404) 924-4151
Fax: (404) 796-7338
Email: ahead@headlawfirm.com
bhilbert@headlawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 24, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following counsel of record:

>Jeffrey W. Brecher
>Sarah K. Hook
>JACKSON LEWIS P.C.
>58 South Service Road, Suite 250
>Melville, NY 11747
>Telephone: (631) 247-0404
>Facsimile: (631) 247-0417
>*Attorneys for Defendant*

>**KLAFTER OLSEN & LESSER LLP**
>
>/s/ Fran L. Rudich
>Fran L. Rudich