# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
ROBERT BRYANT, TRINTON HATTON, and : No. 1:17-cv-07638 (CM) (HBP)
MARC MEETERS, Individually and on behalf of :
themselves and all others similarly situated, :
                                   :
                     Plaintiffs,   :
                                   :
v.                                 :
                                   :
POTBELLY SANDWICH WORKS, LLC,      :
                     Defendant.    :
---------------------------------- x

## DECLARATION OF DANA BOUB

1. My name is Dana Boub, and I am over the age of eighteen (18) years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

2. I am a project manager for RG/2 Claims Administration LLC ("RG/2 Claims"), the independent third-party settlement administrator retained first as Notice Administrator and then as Settlement Administrator to handle various settlement administration activities in the above-referenced matter, including mailing of settlement notification packages to Class Members. Each facet of the Notice Program was timely and properly accomplished.

3. RG/2 Claims is a full service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $1.7 billion in class action settlement proceeds.

4. I have been actively involved and responsible for handling the administration of the Settlement of the above-referenced matter.

5. On November 20, 2019, RG/2 Claims received electronic files from counsel for

Plaintiffs and Defendant that, when combined, contained the list of the names, known contact information, and work weeks for the present and former employees of Defendant who were identified as Class Members. RG/2 Claims then calculated estimated payment amounts for each of the 202 Class Members, which amounts were set forth in the notices RG/2 Claims served. Included in these files were 202 total class and collective settlement members, of whom 54 were absent Illinois class members.

6. Prior to mailing the Notice Packets, and in order to locate the most recent addresses for Class Members, RG/2 Claims ran the Class data list of 202 names and addresses received from the Defendants through the United States Postal Service's National Change of Address database ("NCOA") and updated the records with any corrected information received. RG/2 Claims also incorporated any updated addresses for the Class Members received from Class Counsel.

7. On November 22, 2019, RG/2 Claims caused to be served by First Class U.S. Mail and email the following settlement personalized Notice Packets:

    a. Court-approved *Notice to FLSA Collective Members* to the 148 identified FLSA Collective Members; and

    b. Court-approved *Notice to Illinois Class Members* to the 54 absent Illinois Class Members.

8. Based on the Notice Packet mailing date, each Illinois Class Member had until January 6, 2020 to opt-out of the settlement, object to the settlement, or to notify RG/2 in writing of their request to forfeit their offered FLSA payment.

9. Concurrent with the Settlement Notice dissemination, RG/2 Claims posted the Settlement Agreement on the RG/2 Claims website at www.rg2claims.com/pdf/bryantpotbelly/SettlementAgreement.pdf.

10. A toll free number, listed in the Court-approved Notices, has been operational since November 22, 2019. By calling this number, Settlement Class Members could leave a message and receive a return call from RG/2 personnel to provide answers to questions, process address updates, explain the settlement and settlement process, and address any concerns. RG/2 Claims received 1 phone call from a Class Member asking for general information regarding the Settlement and Classes through its toll-free phone number.

11. As of January 15, 2020, 22 Notice Packets have been returned by the United States Postal Service ("USPS") as undeliverable. Of the 22 returned Notice Packets, 5 Notice Packet included a forwarding address provided by the USPS, and a new Notice Packet was promptly mailed to the Class Member. For the remaining 17 returned Notice Packets, RG/2 Claims performed extensive skip-trace procedures, and was able to locate updated addresses for 13 Class Members. A total of 4 Notice Packets remain undeliverable, thus only 1.98% of the Notice Packets sent have been deemed unsuccessfully delivered.

12. As of January 15, 2020, RG/2 Claims has received zero requests be excluded from the Settlement.

13. The Net Settlement Amount available to pay the 202 Participating Class Members was determined as follows:

| | |
|---|---|
| **Class Gross Settlement Amount:** | $ 561,375.92 |
| Less Attorneys' Fees & Costs (Requested) | -$ 205,188.09 |
| Less Notice and Settlement Administration Fees | -$ 32,871.00 |
| Less Plaintiffs' Service Payments (Requested) | -$ 12,500.00 |
| Less Estimated Employer's Taxes | -$ 17,590.73 |
| **NET SETTLEMENT AMOUNT** | **$ 293,226.10** |

14. As of January 15, 2020, RG/2 Claims has not received any objections to the Settlement.

15. To date, RG/2 Claims has incurred $8,921 in connection with the FLSA collective action notice administration and our final invoice for all settlement administration costs will not exceed $24,000. RG/2 Claims total invoice for the FLSA collective action notice administration and the Settlement administration will not exceed $32,871. Attached as Exhibit A is our final invoice for the notice & settlement administration costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2020.

*[signature]*
DANA BOUB

# EXHIBIT A



www.rg2claims.com

**Presented by:**
William W. Wickersham, Esquire
Vice President, Business
Development and Client Relations
(212) 471-4777
wwwickersham@rg2claims.com

## Costs for Notice & Administration Services related to:
## Bryant/Hatton v. Potbelly  Employment Matter

| Assumptions: | |
|---:|:---:|
| Class Size | 202 |
| # of Emails | 202 |
| Returned Notice % | 15% |
| Claims (Y/N) | N |
| Claims Rate | 0% |
| # of Checks Issued | 201 |
| # of States Tax Work | 21 |

| | *Units* | Quantity | Amount |
|---|---|---:|---:|
| ***Case Intake*** | | | |
| Process Data | Hourly | 4 | $ 920 |
| Project Mgt-Intake | Flat Fee | 1 | $ 1,500 |
| **Subtotal: Setup Cost** | | | **$ 2,420** |
| | | | |
| ***Class Member Identification & Notification*** | | | $ 1,267 |
| Set up Email Notice | Flat Fee | 1 | $ 500 |
| Issue Notice Via Email | Per Email | 202 | $ 51 |
| Print and Mail up to 8-page Notice Package | Per Piece | 202 | $ 505 |
| NCOA | Flat Fee | 1 | $ 100 |
| Postage | Per Piece | 202 | $ 111 |
| | | | |
| ***Notice Follow Up*** | | | $ 80 |
| Returned Notices - Process Mail & Update Database | Per Piece | 22 | $ 17 |
| Locate Missing Class Members (Locator Services)/ Troubleshoot | Per Piece | 17 | $ 21 |
| Re-Mail Notices | Per Piece | 14 | $ 35 |
| Postage | Per Piece | 14 | $ 8 |
| **Subtotal: Notification Cost** | | | **$ 1,347** |
| | | | |
| ***Processing Costs*** | | | |
| Input Opt-Outs and Report | Per Piece | 1 | $ 5 |
| **Subtotal: Processing Cost** | | | **$ 5** |



www.rg2claims.com

**Presented by:**
William W. Wickersham, Esquire
Vice President, Business Development and Client Relations
(212) 471-4777
wwwickersham@rg2claims.com

## Costs for Notice & Administration Services related to: Bryant/Hatton v. Potbelly Employment Matter

| | Units | Quantity | Amount |
|---|---|---|---|
| **Telephonic Database Support** | | | |
| *Live Operator (estimated calls through post distribution)* | Monthly | 15 | $ 375 |
| Emails (estimated emailss through post distribution) | Per Piece | 30 | $ 135 |
| **Subtotal: Telephone and Email Support** | | | **$ 510** |
| Database and Account Setup | Flat Fee | 2 | $ 1,000 |
| Issue Checks with Tax Documents to Qualified Claimants | Per Piece | 201 | $ 402 |
| Postage | Per Piece | 201 | $ 111 |
| Reissue Checks | Per Piece | 10 | $ 50 |
| Postage | Per Piece | 10 | $ 6 |
| Check Reminder Letters | Flat Fee | | $ 500 |
| Scan IL Checks | Flat Fee | | $ 250 |
| *Tax Preparation* | | | |
| QSF Tax Return Prep & Filing | Per Year | 1 | $ 1,200 |
| State Tax Reporting | Per Jurisdiction | 21 | $ 11,550 |
| **Subtotal: Fund Distribution & Tax Preparation** | | | **$ 15,068** |
| Case Management, Data Management, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | Hourly | 20 | $ 4,600 |
| **Subtotal: Project Management** | | | **$ 4,600** |
| ***Notice and Administration Costs and Expenses through Completion*** | | | **$ 23,950** |
| *FLSA Notice & Consent Administration Costs* | | | $ 8,921 |
| **Total Cost** | | | **$ 32,871** |